**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NORTH AMERICAN COMPANY FOR
LIFE AND HEALTH INSURANCE,

          Plaintiff,

v.                                              Case No.: 3:11-cv-1234-J-34MCR

AMY LAURA DYE, VICTORIA PAIGE
HOSHALL-HAKAMIAN, and CLARK V.
HOSHALL,

          Defendants.

_____

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 25; Report), entered on August 24, 2012. In the Report, Magistrate Judge Richardson recommends that Plaintiff's Motion for Summary Judgment (Dkt. No. 23) be granted, in part, and denied, in part. See Report at 6. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 25) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Summary Judgment (Dkt. No. 23) is **GRANTED, in part, and DENIED, in part**, as follows:

   a. The Motion is **GRANTED** to the extent that Plaintiff North American Company for Life and Health Insurance is **DISMISSED** from this action.

   b. Defendants Amy Laura Dye, Victoria Paige Hoshall-Hakamian, and Clark V. Hoshall are hereby restrained from instituting, commencing, or continuing any action against Plaintiff in relation to North American Company for Life and Health Insurance Group Life Policy Certificate No. G-060138-9, as well as the death benefit that is the subject of this action.

   c. Plaintiff North American Company for Life and Health Insurance is discharged from all further liability concerning Group Life Policy Certificate No. G-060138-9.

   d. The Motion is **DENIED** to the extent North American Company for Life and Health Insurance seeks an award of attorney's fees and costs.

3. Defendants Amy Laura Dye, Victoria Paige Hoshall-Hakamian, and Clark V. Hoshall shall have up to and including **November 1, 2012**, to submit appropriate cross claims with respect to the interpleader fund. Responses to any such cross claims shall be filed on or before **November 26, 2012**.

**DONE AND ORDERED** in Jacksonville, Florida, this 4th day of October, 2012.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record